IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNIE EARL DUKE, # 591365, #25601            *

Petitioner                                                                   *

v                                                                                  *       Civil Action No. GJH-15-2498

DIVISION (K) NINETEENTH DIS.                         *

Respondent                                                               *

\*\*\*

## MEMORANDUM OPINION

In the above-captioned Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241, Petitioner Donnie Earl Duke is challenging his conviction in 2011 in a state court in Louisiana for burglary. ECF 1. As a general rule, a petitioner must bring a § 2241 action in the district where he is in custody. See 28 U.S.C. § 2241(a). Duke, however, is in custody in Louisiana.

Insofar as Petition is challenging a sentence of conviction, these claims are more properly brought by way of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the district of sentencing. Duke must therefore file his habeas corpus petition in the appropriate district in Louisiana.

This Court does not have jurisdiction to consider the claims asserted. Consequently, the Motion to Proceed in Forma Pauperis will be dismissed as moot and the Petition will be dismissed without prejudice. A Certificate of Appealability will not issue. A separate Order shall follow.

9/24/2015
Date

_____
GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE